# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
November 14, 2017

In re:
    Thornton & Co., Inc.

Debtor*

Case Number: 15–21416 amn
Chapter: 7

Bonnie C. Mangan, Trustee

Plaintiff(s)

v.

Nathan DeAngelis et al.

Defendant(s)

Adversary Proceeding
No.: 17–02062 amn

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a Hearing will be held at **157 Church Street, 18th Floor, New Haven, CT 06510** on **December 20, 2017** at **02:00 PM** to consider and act upon the following matter(s):

> **Motion to Approve Settlement Agreement with Nathan DeAngelis and Kerry Gannon DeAngelis Filed by Lawrence S. Grossman on behalf of Bonnie C. Mangan, Trustee, Plaintiff . (Re: Doc #17)**

**OBJECTION(S) DUE:** December 13, 2017 before 4:00 p.m.

**NOTE:** If the Filer or the Filer's attorney does not participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: November 14, 2017

For the Court



Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – es