**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| ) | CASE NO. 15-21416 (AMN) |
| THORNTON & CO., INC., ) | |
| ) | RE: ECF NO.: 17 |
| DEBTOR. ) | |
| ) | |
| BONNIE C. MANGAN, Chapter 7 Trustee for ) | |
| THORNTON & CO., INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Pro. No. 17-02062 |
| ) | |
| NATHAN DeANGELIS and KERRY ) | |
| GANNON DeANGELIS, ) | |
| ) | |
| Defendants. ) | RE: ECF No. 17 |

**ORDER GRANTING MOTION TO APPROVE**
**SETTLEMENT AGREEMENT BETWEEN CHAPTER 7 TRUSTEE**
**AND NATHAN DeANGELIS and KERRY GANNON DeANGELIS**

Upon the Motion to Approve Settlement Agreement Between Chapter 7 Trustee, Bonnie C. Mangan (the "Trustee"), and Nathan DeAngelis and Kerry Gannon DeAngelis (the "Motion"), due and adequate notice having been made, and upon further consideration by the Court, it is hereby:

ORDERED that the Motion is hereby granted as set forth herein; and it is further

ORDERED that the Trustee shall be certified to retain settlement funds, totaling $35,000.00 (the "Settlement Amount"), in full and final satisfaction of any claim the Estate may have against Nathan DeAngelis and Kerry Gannon DeAngelis (the "Settling Defendants"); and it is further

2

ORDERED that if the Settling Defendants fail to timely pay the second installment of the Settlement Amount, in the amount of $15,000.00, which amount is due no later than July 1, 2108, and then fail to make that payment within seven (7) days after notice is provided to their appearing counsel via electronic mail, the Trustee may retain any monies received prior to that date, and judgment shall enter against the Settling Defendants and in favor of the Trustee in the of $29,000.00; and it is further

ORDERED that the United States Bankruptcy Court for the District of Connecticut shall retain jurisdiction to enforce the Settlement Agreement, notwithstanding the closure or dismissal of the Debtor's bankruptcy case.

Dated this 22nd day of December, 2017, at New Haven, Connecticut.

*Ann M. Nevins*
United States Bankruptcy Judge
District of Connecticut